IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD L. BOYDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-478-MJR |
| | ) | |
| ROGER E. WALKER, JR., | ) | |
| in his individual and official capacity as | ) | |
| Director of Illinois Department of Corrections, | ) | |
| his successors or any agent of the State of | ) | |
| Illinois in his capacity as Director of Illinois | ) | |
| Department of Corrections, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that

cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be

handled in the following manner:

The party with the discovery dispute shall contact Robin Butler, Judge Wilkerson's

courtroom deputy, at 618-482-9376, to schedule a telephonic conference call with the Court and

opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be

faxed to the Court, at 618-482-9277, prior to the telephonic conference.  The party with the

discovery dispute shall be responsible for initiating the conference call.  The Court's

teleconference number is 618-482-9004.  Written motions to compel or legal memoranda will

not be accepted unless specifically requested by the Court.  Expense of the call will be borne by

the non-prevailing party.  The parties are directed to this court's webpage,

http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html,  for additional information and

specific procedures regarding discovery disputes.  **Consult this Court's webpage BEFORE**

**contacting chambers with questions**.

**DATED: March 14, 2007**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**