# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RONALD L. BOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-CV-0478-MJR |
| | ) | |
| ROGER E. WALKER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff filed this action on June 19, 2006 (Doc. 1). On December 21, 2006, the Court granted Plaintiff's motion to appoint counsel (Doc. 19). After a series of attorneys were permitted to withdraw from the case, the Court ultimately appointed William W. Kurnik to represent Plaintiff (Doc. 84).

On November 8, 2007, the Court granted Plaintiff's motion for out-of-pocket expenses (Doc. 102). At that time, the Court permitted Plaintiff to incur out-of-pocket expenses up to the amount of One Thousand Dollars ($1,000.00) and noted that the Plan for the Administration of the District Court Fund provides:

> The District Judge or Magistrate Judge to whom the case is assigned may approve the reimbursement of such expenses only if they do not exceed $1,000.00 for the proceedings. The chairperson of the Fund may approve extraordinary expenses up to $2,500.00. Any request exceeding $2,500.00 must be approved by a majority of a quorum of the District Judges on the Advisory Committee, with the Chief Judge breaking all ties.

Plaintiff died on November 19, 2007 (See doc. 106). As a result, the case was dismissed without prejudice on December 19, 2007 (Doc. 108). Plaintiff's counsel now seeks reimbursement of out-of-pocket expenses in the amount of $2,287.94, or in the alternative, in the

amount of $1,000 as permitted by the Plan (Doc. 109).

The undersigned District Judge is the chairperson of the Fund. Having reviewed counsel's itemized list of expenses incurred (see Doc. 109, Exhs. 1 & 2), the Court hereby **GRANTS** the motion (Doc. 109) and **DIRECTS** the custodian of the District Court Fund to issue a check in the amount of $2,287.94 payable to William W. Kurnik. The check shall be mailed to:

> **William W. Kurnik**
> **2860 River Road**
> **Suite 400**
> **Des Plaines, IL 60018-6009.**
>
> **IT IS SO ORDERED.**
>
> **DATED this 10th day of October 2008.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**
